UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by ___ D.C.
CT. REP.
NOV 15 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JONATHAN LEI & BRYAN CRANE,

        Defendants.

Case No. 06-80010-Cr-RYSKAMP/HOPKINS

FORT PIERCE, *FLORIDA*
OCTOBER 18, 2006

---

TRANSCRIPT OF CHANGE OF PLEA HEARING
BEFORE THE HONORABLE JAMES M. HOPKINS,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    *United States Attorney's Office*
    **BY: ROLANDO GARCIA, A.U.S.A.**
    500 S. Australian Avenue, Ste. 400
    West Palm Beach, Florida 33401

FOR THE DEFENDANT LEI:

    *Black Srebnick Kornspan & Stumpf*
    **BY: JACKIE PERCZEK, ESQ.**
    201 S. Biscayne Boulevard
    Suite 1300
    Miami, Florida 33131

FOR THE DEFENDANT CRANE:

    **DAVID M. GARVIN, ESQ.**
    1200 Brickell Avenue, Suite 1480
    Miami, Florida 33131

REPORTED BY:

    JERALD M. MEYERS, RPR-CM
    J.M. Court Reporting, Inc.
    1601 N.W. 109 Terrace
    Pembroke Pines, Florida 33026-2717

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION