UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 06-80010-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRYAN CRANE, and
JONATHAN LEI,

    Defendants.
    _____/

**GOVERNMENT'S MOTION PURSUANT TO**
**5K1.1 OF THE SENTENCING GUIDELINES**

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and advises the Court that, pursuant to Section 5K1.1 of the Sentencing Guidelines, defendants Bryan Crane and Jonathan Lei have provided substantial assistance in the prosecution of another person who has committed offenses.

    At the time of the defendants' sentencing, the Court will be advised of the nature and extent of their cooperation.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

By:    /s/ Rolando Garcia
    ROLANDO GARCIA
    ASSISTANT UNITED STATES ATTORNEY
    Fl. Bar No. 0763012
    500 S. Australian Avenue, Suite 400
    West Palm Beach, Florida  33401
    Tel:(561)820-8711 Fax:(561)659-4526
    Rolando.Garcia@USDOJ.gov

## SERVICE LIST

**United States v. Bryan Crane and Jonathan Lei**
Case No. 06-80010-Cr-RYSKAMP
United States District Court, Southern District of Florida

Rolando Garcia
Assistant U.S. Attorney
rolando.garcia@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for United States
[Service via CM/ECF]

David M. Garvin, Esquire
1200 Brickell Avenue
Suite 1480
Miami, FL 33131
305–371-8101
305-371-8848 (fax)
Ontrial2@aol.com
[Service via CM/ECF]

Roy E. Black, Esquire
201 S. Biscayne Blvd.
Suite 1300
Miami, FL 33131
305-371-6421
305-358-2006 (fax)
Pleading@royblack.com
[Service via CM/ECF]