UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80010 CR-RYSKAMP/HOPKINS

| | |
|---|---|
| UNITED STATES | : |
| Plaintiff, | : |
| vs. | : |
| JONATHAN LEI, | : |
| Defendant. | : |

**DEFENDANT'S UNOPPOSED MOTION TO
DISCHARGE BOND AND TO RETURN PASSPORT**

The defendant, Jonathan Lei, through undersigned counsel and without objection from the government or from his Probation Officer, respectfully requests that the Court discharge his bond and direct that Pretrial Services return his passport. In support of this motion, Mr. Lei states the following:

1. Mr. Lei surrendered on February 3, 2006 in the Southern District of California, where he resides. He was released on a $50,000 corporate surety bond.

2. On February 10, 2006, Mr. Lei had his Initial Appearance before Magistrate Judge James M. Hopkins in this District. Magistrate Judge Hopkins ordered the $50,000 corporate surety bond to remain in place. Mr. Lei surrendered his

passport to Pretrial Services as required by the conditions of his bond.

3. Mr. Lei cooperated with the government, pleading guilty to Count One of the Indictment on October 18, 2006. Count One charged Mr. Lei with conspiracy to commit securities, mail, and wire fraud, in violation of 18 U.S.C. § 371.

4. On February 16, 2007, Mr. Lei was sentenced to six months house arrest, five years probation, a $10,000 fine, and a special assessment of $100. Counts Two and Three of the Indictment were dismissed.

5. On March 26, 2007, Mr. Lei paid the $10,000 fine and $100 assessment.

6. Now that the court proceedings on Mr. Lei's case are finalized, Mr. Lei moves that the corporate surety bond be discharged and that Pretrial Services return his passport to him. Mr. Lei intends to travel to China on November 10, 2007.

7. Mr. Lei will complete the home detention portion of his sentence on October 10, 2007. Mr. Lei is requesting his passport now because he must obtain a visa to travel to China, and to obtain a visa, he must go to the Chinese Consulate with his passport and apply for a visa. Since the process takes some time and Mr. Lei's travel plans are for November 10, 2007, Mr. Lei is requesting that his passport be returned to him now so that he can get the application process started.

8. Mr. Lei is under the supervision of Mark Stein, Probation Officer for the

Southern District of California. Undersigned counsel spoke with Mr. Stein, who indicated that he knows of Mr. Lei's plans to travel to China. Mr. Stein does not object to Mr. Lei getting back his passport now so that he can obtain a visa to travel to China.

9. Undersigned Counsel also spoke with AUSA Rolando Garcia, the prosecutor in this case, who indicated that the Government does not object.

10. Below is a proposed order for the Court's consideration.

Respectfully submitted,

**BLACK, SREBNICK, KORNSPAN
   & STUMPF, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Tel: (305) 371-6421
Fax: (305) 358-2006

By      /s/ Roy Black
**ROY BLACK, ESQ.**
Florida Bar No. 126088
**JACKIE PERCZEK, ESQ.**
Florida Bar No. 0042201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80010 CR-RYSKAMP/HOPKINS

| | |
|---|---|
| UNITED STATES | : |
| Plaintiff, | : |
| vs. | : |
| JONATHAN LEI, | : |
| Defendant. | : |

**ORDER DISCHARGING BOND AND
DIRECTING RETURN OF PASSPORT**

**THIS CAUSE** having come before the Court on Defendant Jonathan Lei's Unopposed Motion to Discharge Bond and Return Passport, for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The bond is hereby discharged and Pretrial Services is directed to return Mr. Lei's passport to him.

**DONE AND ORDERED** in Chambers this ___ day of August, 2007.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

## SERVICE LIST

Rolando Garcia, Esq.
Rolando.Garcia@usdoj.gov
Assistant U.S. Attorney
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401

David Garvin, Esq.
dgarvin@davidmgarvin.com
1200 Brickell Avenue
Suite 1480
Miami, FL 33131
*Attorney for Brian Crane*