PROB 35
(Rev 1/92)

Report and Order Terminating Probation
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No. 06-80010-CR-RYSKAMP

UNITED STATES OF AMERICA

v.

JONATHAN LEI

On February 16, 2007 the above named individual was placed on probation for a period of five (5) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

United States Probation Officer
Scott T. Kirsche
Phone: (561) 804-6850

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 25 day of Aug, 2009.

United States District Judge